United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REYNALDO GAZO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHMOND POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-00172-EDL<br><br>**ORDER**<br><br>Re: Dkt. No. 17 |

On March 12, 2015, this Court stayed all aspects of this case pending the resolution of criminal charges (and/or a juvenile petition) against Plaintiff arising from the November 23, 2013, incident identified in the complaint and ordered the Parties to file a joint status update on or before September 14, 2015.  On July 15, 2015, the Parties filed a joint status update indicating that the criminal case has reached an outcome and that an appeal may be taken, and requesting that the stay remain until final resolution of that case.  Good cause appearing, the Parties' request is GRANTED.  The Parties are ORDERED to file a joint status update informing the Court of the status of the criminal case no later than January 15, 2016, or earlier if the case, including any appeals, are resolved before then.

**IT IS SO ORDERED.**

Dated: July 16, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge